**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nina E. Miles Lane　　　　　　　　　　CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 23-10327 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ **Mark A. Cronin**
　　　　　　　　　　　　　　　　　Mark Cronin
　　　　　　　　　　　　　　　　　23 Jan 2024, 09:11:35, EST

　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　(215) 627-1322