United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10327-amc
Nina E. Miles Lane  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Jan 30, 2024 | Form ID: 155 | Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nina E. Miles Lane, 5126 North 12th Street, Philadelphia, PA 19141-2811 |
| 14753901 | + | ADS/Comenity/ METROSTYL, PO Box 182789, Columbus, OH 43218-2789 |
| 14753907 | + | Bank of New & Company, PO Box 182789, Columbus, OH 43218-2789 |
| 14836751 | + | CrossCountry Mortgage, LLC, Brock & Scott, PLLC, c/o Mario Hanyon, Esq., 3825 Forrestgate Drive, Winston Salem NC 27103-2930 |
| 14848817 | + | CrossCountry Mortgage, LLC, c/o Mark A. Cronin, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14846236 | + | CrossCountry Mortgage, LLC, Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14754975 | + | CrossCountry Mortgage, LLC, C/O Matthew K. Fissel Esquire, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14753921 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14753926 | + | MOHELA/Wells Fargo, 633 Sprint Drive, Chesterfield, MO 63005-1243 |
| 14753927 | | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14753930 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14753931 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14753933 | + | Revenue Collections Bureau, Inc, 5900-08 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 14753934 | | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14754128 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753937 | + | US Department of Education, POB 7859, Madison, WI 53707-7859 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14753902 | | Email/Text: amscbankruptcy@adt.com | Jan 31 2024 00:24:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14753903 | | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2024 00:24:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14754961 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:25:04 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14762477 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2024 00:37:21 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753904 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2024 00:24:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14753905 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2024 00:24:00 | Ashley Stewart, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 14753906 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 31 2024 00:24:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14753909 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2024 00:37:16 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14753924 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2024 00:37:21 | Home Depot, Processing Center, Des Moines, IA |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 50364-0001 |
| 14753911 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2024 00:37:13 | Citibank, 4500 North Linden Hill Road, Wilmington, DE 19808 |
| 14753913 | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14753914 | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14790811 | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14779821 | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14753908 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2024 00:37:17 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14766129 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2024 00:25:04 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753910 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2024 00:25:16 | Children Palace, 110 Lake Drive, Pendcader Corp. Center, Newark, DE 19702-3317 |
| 14753912 | | Email/Text: bankruptcy@philapark.org | Jan 31 2024 00:24:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14753915 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2024 00:24:00 | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14753916 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2024 00:24:00 | Comenity Capital/HLTHIP, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 14836640 | + | Email/Text: EBN@brockandscott.com | Jan 31 2024 00:24:00 | CrossCountry Mortgage, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14848715 | ^ | MEBN | Jan 31 2024 00:22:26 | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14753919 | | Email/Text: mrdiscen@discover.com | Jan 31 2024 00:24:00 | Discover Finanacial Services, P.O. Box 15316 : CMS/PROD/ Develop, Wilmington, DE 19850-5316 |
| 14753917 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 31 2024 00:24:00 | Cross Country Mortgage, 1 Coporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14771931 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 31 2024 00:24:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14753918 | + | Email/Text: mrdiscen@discover.com | Jan 31 2024 00:24:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14753920 | | Email/Text: tropiann@einstein.edu | Jan 31 2024 00:24:00 | Einstein Medical Center, PO Box 785371, Philadelphia, PA 19178-5371 |
| 14753922 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 31 2024 00:24:00 | Freedom Credit Union, CenterPointe Office Center, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14753923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2024 00:37:21 | Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14766073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2024 00:25:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753925 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jan 31 2024 00:25:04 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14753928 | + | Email/PDF: cbp@omf.com | Jan 31 2024 00:37:16 | OneMain, POB 1010, Evansville, IN 47706-1010 |
| 14753929 | + | Email/PDF: cbp@omf.com | Jan 31 2024 00:25:16 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14765326 | + | Email/PDF: cbp@omf.com | Jan 31 2024 00:37:12 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14771751 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 31 2024 00:24:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14753932 | ^ | MEBN | Jan 31 2024 00:22:12 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14773747 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2024 00:37:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14764400 | ^ | MEBN | Jan 31 2024 00:22:13 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14763623 | + | Email/Text: bankruptcy@philapark.org | Jan 31 2024 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14772209 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2024 00:24:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14771897 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2024 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14771898 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2024 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14753935 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2024 00:25:12 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14772372 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2024 00:37:13 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753936 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2024 00:24:00 | Ulta Beauty, 1000 Remington Blvd, Suite 120, Bolingbrook, IL 60440-4708 |
| 14770077 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2024 00:25:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753938 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 31 2024 00:24:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 14753939 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 31 2024 00:24:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor CrossCountry Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor CrossCountry Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor CrossCountry Mortgage LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor Nina E. Miles Lane midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| STEPHEN R. STARKS | on behalf of Creditor CrossCountry Mortgage LLC ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nina E. Miles Lane
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10327−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this January 30, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

43 − 36
Form 155