**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>NINA E MILES LANE<br><br>CrossCountry Mortgage, LLC,<br>    Movant<br><br>vs.<br><br>NINA E MILES LANE ,<br>    Debtor<br>    And<br>WONDO C LANE<br>    Co-Debtor | Case No. 23-10327-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of Default has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

MICHAEL D. SAYLES, Debtor's Attorney
427 West Cheltenham Avenue,
Suite #2
Elkins Park, PA 19027
midusa1@comcast.net


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320

Philadelphia, PA 19107

Via First Class Mail:

NINA E MILES LANE
5126 NORTH 12TH STREET
PHILADELPHIA, PA 19141

WONDO C LANE
5126 NORTH 12TH STREET
PHILADELPHIA, PA 19141

Date: <u>September 19, 2024</u>

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com
