**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>NINA E MILES LANE<br>        Debtor | Case No. 23-10327-amc |
| CrossCountry Mortgage, LLC,<br><br>        Movant | Chapter 13 |
| vs.<br>NINA E MILES LANE<br>        And<br>WONDO C LANE,  (NON-FILING CO-DEBTOR)<br>        Respondents | 11 U.S.C. §362 and §1301 |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY**

Upon consideration of the Movant of CrossCountry Mortgage, LLC (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to 5126N 12th St, Philadelphia, PA 19141 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that the Trustee is directed to cease making any further distributions to the Movant; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and CrossCountry Mortgage, LLC may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

_____
Ashely M Chan
CHIEF BANKRUPTCY JUDGE

NINA E MILES LANE
5126 NORTH 12TH STREET
PHILADELPHIA, PA 19141

MICHAEL D. SAYLES
427 West Cheltenham Avenue,
Suite #2
Elkins Park, PA 19027

WONDO C LANE
5126 NORTH 12TH STREET
PHILADELPHIA, PA 19141

KENNETH E WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107