## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>NINA E MILES LANE<br><br>CrossCountry Mortgage, LLC,<br>    Movant<br><br>vs.<br><br>NINA E MILES LANE ,<br>    Debtor<br>    And<br>WONDO C LANE<br>    Co-Debtor | Case No. 23-10327-amc<br>Chapter 13 |

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

CrossCountry Mortgage, LLC ("Movant"), by and through its legal counsel, hereby withdraws its CERTIFICATION OF DEFAULT filed on September 17, 2024, Docket Number 58.

This 9th day of December, 2024.

                                */s/Andrew Spivack*
                                Andrew Spivack, PA Bar No. 84439
                                Matthew Fissel, PA Bar No. 314567
                                Mario Hanyon, PA Bar No. 203993
                                Ryan Starks, PA Bar No. 330002
                                Jay Jones, PA Bar No. 86657
                                Attorney for Creditor
                                BROCK & SCOTT, PLLC
                                3825 Forrestgate Drive
                                Winston Salem, NC 27103
                                Telephone: (844) 856-6646
                                Facsimile: (704) 369-0760
                                E-Mail: PABKR@brockandscott.com

23-02598 BKAOD02

L.B.F. 9014-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>NINA E MILES LANE<br><br>CrossCountry Mortgage, LLC,<br>    Movant<br><br>vs.<br><br>NINA E MILES LANE ,<br>    Debtor<br>    And<br>WONDO C LANE<br>    Co-Debtor | Case No. 23-10327-amc<br>Chapter 13 |

### CERTIFICATE OF SERVICE

    I, the undersigned, certify that on December 10, 2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Withdrawal of Certification of Default

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>December 10, 2024</u>

                                         */s/Andrew Spivack*
                                         Andrew Spivack, PA Bar No. 84439
                                         Matthew Fissel, PA Bar No. 314567
                                         Mario Hanyon, PA Bar No. 203993
                                         Ryan Starks, PA Bar No. 330002
                                         Jay Jones, PA Bar No. 86657
                                         Attorney for Creditor
                                         BROCK & SCOTT, PLLC

23-02598 BKAOD02

        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Telephone: (844) 856-6646
        Facsimile: (704) 369-0760
        E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL D. SAYLES, Debtor's Attorney
427 West Cheltenham Avenue,
Suite #2
Elkins Park, PA 19027
midusa1@comcast.net
Debtor's Attorney
Via: ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

KENNETH E WEST,
1234 Market Street - Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee
Via: ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee
Via: ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

NINA E MILES LANE
5126 NORTH 12TH STREET
PHILADELPHIA, PA 19141
Debtor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

WONDO C LANE
5126 N 12th St
Philadelphia, PA 19141
Co-Debtor
Via: ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
23-02598 BKAOD02

☐ Other:

23-02598 BKAOD02