

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## PAYOFF QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 8/28/25 |
| FHA Case Number: | 446-4995737702 |
| Payoff Good Through Date: | 9/26/25 |
| Loan Number: | 0718310154 |
| Property Address: | 5126 N 12TH ST |
| | PHILADELPHIA, PA 19141 |
| Customer Fax: | 9722193047 |

NINA M LANE
5126 N 12TH ST
PHILADELPHIA, PA 19141

Thank you for requesting your payoff quote. We've enclosed a detailed breakdown of your quote along with some helpful FAQs. Please review carefully and let us know if you have any questions.

Before you dive in, though, we wanted to give you a brief explanation of how your interest is calculated. Your interest has been calculated using daily interest. This means that interest is only charged through the loan payoff date, as long as we receive your payment on time.

Interest due stops on the day that we receive your payoff funds so it's important that you verify your payoff date of 9/26/25. If we do not receive the payoff payment by 5 p.m. (CT) on the payoff date, an additional day's worth of interest will be charged for each day until payment is received.

If you have any questions, your Dedicated Loan Specialist is Renora Ezell and can be reached at (833)-755-2067 or via mail at 8950 Cypress Waters Blvd., Coppell, TX 75019. Our hours of operation are Monday through Friday from 7 a.m. to 8 p.m. (CT). Visit us on the web at www.servicing.crosscountrymortgage.com for more information.

Sincerely,

CrossCountry Mortgage, LLC

Enclosure(s)

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



Payoff Procedure Disclosure
[In response to prepayment inquiry, request for payoff, or tender of prepayment in full]

# PAYOFF PROCEDURE DISCLOSURE

| | | | |
|---|---|---|---|
| Borrower: | _____ | Date: | _____ |
| Address: | _____ | Loan #: | _____ |
| | _____ | FHA #: | _____ |

This is in reply to your 8/28/25 inquiry/request for payoff figures or offer to tender an amount to prepay your FHA-insured mortgage, which this company is servicing, in full.

This notice is to advise you of the procedure, which will be followed to accomplish a full prepayment of your mortgage.

[Mortgagee] will:
[ ] accept the full prepayment amount whenever it is paid and collect interest only to the date of that payment; or
[ ] only accept the prepayment on the first day of any month during the mortgage term; or accept the prepayment whenever tendered with interest paid to the first day of the month following the date prepayment is received;
[ ] require at least 30 days prior written notice of your intent to prepay the mortgage (for mortgages insured prior to August 2, 1985). We consider that the 30-day written notice has not yet been complied with. NOTICE MUST BE IN WRITING.
[ ] consider that we have received notice of your intended prepayment and the 30-day notice began to run on 8/28/25.

**For mortgages closed before January 21, 2015: Your loan provides for the collection of interest through the end of the calendar month in which your prepayment is received, it is to your advantage to ensure that the prepayment reaches us as close to the end of the month as possible, but no later than the first workday of the month.**

If you have any questions regarding this notice, please contact Customer Service Department at 833-755-2066.

_____
Mortgagee

 **CROSSCOUNTRY MORTGAGE®**

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## PAYOFF QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 8/28/25 |
| FHA Case Number: | 446-4995737702 |
| Payoff Good Through Date: | 9/26/25 |
| Loan Number: | 0718310154 |
| Property Address: | 5126 N 12TH ST |
| | PHILADELPHIA, PA 19141 |
| Customer Fax: | 9722193047 |

NINA M LANE
5126 N 12TH ST
PHILADELPHIA, PA 19141

## PAYOFF BREAKDOWN

| | |
|---|---|
| Current Unpaid Principal Balance: | $134,683.96 |
| Interest - from 7/1/24 to 9/26/25 | $4,158.88 |
| Escrow Advances | $6,404.79 |
| Mortgage Insurance Premium | $100.87 |
| County Recording Fee | $227.75 |
| Other Fees Due | $5.00 |
| **TOTAL PAYOFF AMOUNT** | **$145,581.25** |
| | **GOOD THROUGH 9/26/25** |

## INTEREST

| | |
|---|---|
| Annual Interest Rate | 2.500% |
| Interest Calculated From | 7/1/24 - 9/26/25 |
| Daily Interest Amount* | $9.22 |

**\* HOW IS THIS CALCULATED?**
Interest is calculated over the course of a month on a daily interest basis. The interest listed in the total amount due is calculated through the proposed payoff date. The interest amount due can be higher or lower based upon when we receive the payoff funds.

**DAILY INTEREST CALCULATION:**
Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

*If funds are received after 9/26/25 or funds cannot be posted by this date due to missing or incorrect information, we may require payment of additional interest or the funds received may be returned to you. If you cannot complete payment in full by 9/26/25, please contact us to request a new payoff statement.

## ESCROW

**We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.**

| | DUE DATE | AMOUNT |
|---|---|---|
| FHAMIP INS | 5/1/26 | $1,210.44 |
| HAZARD SFR | 4/6/26 | $4,312.00 |
| CITY TAX | 3/31/26 | $1,777.74 |

## PAYMENT INSTRUCTIONS

Payoff funds must be remitted via certified funds (wire transfer or cashier's check only). Personal checks, certified personal checks, or cash will not be accepted.

**WIRE TRANSFER**

| | |
|---|---|
| Beneficiary Name: | CrossCountry Mortgage, LLC |
| Account #: | 4629007963023 |
| ABA/Routing NUMBER: | 021000021 |
| Bank Name: | JP Morgan Chase Bank, NA |
| Bank Address: | 270 Park Ave |
| | New York, NY 10017 |

**CASHIER'S CHECKS**
Cashier's checks must be made payable to CrossCountry Mortgage, LLC and mailed to:
CrossCountry Mortgage, LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019
*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence

**CUSTOMER SERVICE**
833-755-2066
www.servicing.crosscountrymortgage.com

Monday - Thursday 7 a.m. to 8 p.m. (CT)
Friday 7 a.m. to 7 p.m. (CT)
Saturday 8 a.m. to 12 p.m. (CT)



Questions? Scan here.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



34939734

## ADDITIONAL FUNDS

These are funds in your account that haven't been allocated or applied toward your loan. Learn more on the next page.

| | |
|---|---|
| Unapplied Funds | $1,401.64 |

## FREQUENTLY ASKED QUESTIONS

**What happens next?**

After your final payment has been processed, there is nothing else you need to do. Your lien release will be mailed to you in 3 to 9 months, or sooner depending on state guidelines, and when it is available you can find it in your online CrossCountry Mortgage account. Any money we owe you will be returned to you by check within 20 business days. If you've moved, be sure to let us know. You can easily update your address in your online account.

**How is my daily interest calculated?**

We multiply your unpaid principal balance by your interest rate. This is the yearly interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

**Should I continue to make my scheduled payments?**

Yes, continue to make your scheduled payments. If your payoff payment is received after your payment due date and a payment has not been made, a late charge may be assessed and added to the payoff amount due. Please note that if any payment previously made to this account is returned, the payoff amount may be insufficient. Additionally, late payments may be reflected on credit reporting, even if the loan is subsequently paid off.

**Which form of payment can I use for my payoff?**

We only accept cashier's check or wire transfers for payoff payments.

Forms of payment we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, and others. Incorrect forms of payment can cause delays. Please note additional fees, costs, disbursements, and interest may continue to accrue on the loan until acceptable payoff funds are received.

**When will my payoff post?**

Funds received by 5 p.m. (CT) will be posted the same day. Funds received after 5 p.m. (CT) will be posted the following business day.

**What if I use AutoPay or online bill pay with my bank?**

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please cancel your automatic payments at least 3 business days prior to your draft date to avoid any unnecessary withdrawals.

**What are the Additional Funds on my account?**

Typically, these are previous partial payments or overpayments that were not applied to your account. After your payoff, you will receive a check within 20 business days for any remaining funds. You do not need to request this check.

**What happens if I send in the wrong payoff amount?**

If your payoff payment is short, we will attempt to cover the difference with any money left over in your escrow account. If you don't have an escrow account or the balance is too low, we will attempt to contact whoever sent the funds. If these attempts are unsuccessful, the total amount paid will be returned to the sender.

If you overpay, you will automatically receive a check for the difference once the account has been balanced out.

**Do you continue to make escrow payments on my behalf?**

Yes, we will continue to make payments on all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

**If I move, do you need my updated address?**

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff. You can update your mailing address in your online account or by contacting us at 833-755-2066.

**What if I'm in foreclosure?**

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the good through date of this payoff quote, you MUST contact us before the foreclosure sale date for an updated payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the foreclosure sale date to ensure the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

**How will I know that the payoff is complete and final?**

You will receive immediate confirmation once we've received your final payment and another confirmation once it has been processed. Then, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien. You should receive your lien release within 3 to 9 months, or sooner depending on state guidelines. Any overpayments or remaining escrow funds will be sent to you by check no more than 20 business days after payoff.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.