**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Nina Miles Lane** | : | CHAPTER 13 |
| | : | |
| | : | BKTY. NO. 23-10327\amc |
| | : | |
| **Debtor** | : | |
| | : | |

**AMENDED ORDER**

      **AND NOW,** this_____day of _____, 2025, upon consideration of the Motion to Sell Real Property filed by debtor, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

      **ORDERED,** that Debtor is authorized to sell her real property located at **5126 North 12th Street, Philadelphia, PA 19141** ("Property"), for the sale price of **$155,000.00**, pursuant to the terms of a certain real estate agreement of sale dated as of August 4, 2025, to the buyer thereunder, Lucy Price ("Buyer"), who has been represented to be purchasing the Property at arms-length.

      The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed substantially in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters     $4,347.95

2. Liens paid at closing – Primary mortgage loan to SPS Mortgage up to     $145,691.89

3. Real estate taxes, sewer, trash and/or other such items     $3,337.80

4. Property repairs, if any

5. Real estate commission     $1,900.00

6. Attorney Fees, if any:

7. Any small (less than $300) allowances agreed to be made to Buyer to     $_____
   settle any unforeseen dispute arising at settlement

    ESTIMATED NET COSTS                                                                                        $155,379.80

This Order is contingent upon the mortgage lien serviced by CrossCountry being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

This order is contingent upon the water bill and any judgments or statuory and judicial liens of the Water Revenue Bureau and /or the City of Philadelphia Law Department, Tax and Revenue Unit being paid at closing in an amount necessary to provide purchaser with clear title.

The Debtor is entitled to her exemption amount of $27,900.00 and shall be paid the same at the settlement table.

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth West, Chapter 13 standing trustee, the balance of all sales proceeds (if any remains) after the Debtor receives her exemption amount of $27,900.00.

All secured and priority creditors paid any proceeds from the sale shall file an amended proof of claim.

The title clerk shall fax (215-627-6299) and e-mail (settlementsheet@ph13trustee.com) a completed settlement sheet from the closing directly to the trustee immediately upon close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

**BY THE COURT**

_____
J.