IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Nina Miles-Lane** | : | CHAPTER: 13 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **23-10327\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, Esquire, hereby certify that no responsive pleading has been filed to

Debtor's **Motion to Sell Real Property.**

Dated: **September 30, 2025**

Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
midusa1@comcast.net
215-635-2270 (phone)
Midusa1@comcast.net