United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10327-amc |
| Nina E. Miles Lane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 14, 2025 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

**Recip ID     Recipient Name and Address**
db          + Nina E. Miles Lane, 5126 North 12th Street, Philadelphia, PA 19141-2811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

**Name**                     **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor CrossCountry Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor CrossCountry Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL D. SAYLES
    on behalf of Debtor Nina E. Miles Lane midusa1@comcast.net  midusa1@outlook.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: 167 | Total Noticed: 1 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 167* (1/25)–doc 81 – 80

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Nina E. Miles Lane )<br> )<br> )<br>  Debtor(s). )<br> )<br> ) | Case No. 23−10327−amc<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default

on: 10/28/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

Date: October 14, 2025                                                    For The Court

                                                                          Mohung Wong
                                                                          Clerk of Court