**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Nina E. Miles Lane,

Debtor.

Chapter 13

Case No. 23-10327-amc

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly mark the Certification of Default filed by CrossCountry, Mortgage LLC (hereinafter "Secured Creditor") on October 2, 2025 (Docket #78) as moot and withdraw said certification because the Debtor sold the collateralized realty and paid off the Secured Creditor's claim subsequent to the filing of the Certification of Default.

Respectfully submitted,

Date: October 27, 2025

/s/ *Mark A. Cronin*
MARK A. CRONIN
PA BAR NO. 58240
Attorney for CrossCountry Mortgage, LLC
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
(215) 402-6989
Mark.Cronin@mccalla.com

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Praecipe to Withdraw Certification of Default to be sent by electronic means via the Court's CM/ECF notification system this 27th day of October 2025, to the following:

Michael D. Sayles
P.O. Box 11222
Elkins Park, PA 19027
midusa1@comcast.net
***Attorney for Debtor***

Kenneth E. West, Esq.
Office of the Standing Trustee
190 N. Independence Mall Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Nina E. Miles Lane
5126 North 12th Street
Philadelphia, PA 19141
***Debtor***

                                         By: */s/ Mark A. Cronin*
                                             Mark A. Cronin, Esq.
                                             Attorney for Movant