UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA DIVISION)

In re
Nina E. Miles Lane

    Debtor.

Case No: 23-10327-AMC
Chapter: 13

_____/

NOTICE OF SATISFACTION OF PROOF OF CLAIM

PLEASE TAKE NOTICE THAT CrossCountry Mortgage, LLC, holder of Claim No. 15-1 filed on April 6, 2023, in the amount of $156,965.38, with respect to Debtor's real property located at and more commonly known as 5126N 12th St, Philadelphia, PA 19141 notifies the Court and all parties in interest that its Claim No. 15-1 has been satisfied.

Dated: October 30, 2025

Respectfully submitted by:

/s/Mark Cronin
Mark Cronin
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Telephone: 215-402-6989
mark.cronin@mccalla.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA DIVISION)

In re
Nina E. Miles Lane.                          Case No: 23-10327-AMC
                                                                             Chapter:  13

    Debtor.

_____/

**CERTIFICATE OF SERVICE**

      I, Mark Cronin HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Satisfaction of Proof of Claim #15-1 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on 10/30/2025 to the following parties:

By First Class U.S. Mail to:
Nina E. Miles Lane
5126 North 12th Street
Philadelphia, PA 19141

By Electronic Notice to:
MICHAEL D. SAYLES
Michael D. Sayles
PO Box 11222
Elkins Park, PA 19027
Email: midusa1@comcast.net

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

                                                            By:     /s/Mark Cronin
                                                                           Mark Cronin