*Form 216* (3/23)–doc 93 – 91

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
   Nina E. Miles Lane                         )          Case No. 23–10327–amc
                                             )
                                             )
   Debtor(s).                                 )          Chapter: 13
                                             )
                                             )

## Notice Requiring Fee

A review of the court record indicates that the following outstanding fee is due to the bankruptcy court relating to the filing of the document noted:

Notice of Fee Due $25.00 Re: Praecipe filed by Debtor Nina E. Miles Lane (related document(s)91). Fee due by 6/25/2026. (AMS)

Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

If the payment is not processed on or before June 25, 2026, this matter will be referred to the Court.


Date: June 18, 2026                                           For The Court

                                                   Mohung Wong
                                                   Clerk of Court