UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **NINA MILES LANE**          :          CONVERSION FROM CHAPTER 13
                                    :
    DEBTOR                          :          PROCEEDING TO CHAPTER 7
                                    :
                                    :          BANKRUPTCY NO.: **23-10327**

ORDER CONVERTING CASE UNDER CHAPTER 13
TO CASE UNDER CHAPTER 7

The Debtor has filed a motion, in accordance with 11 U.S.C. § 1306 (a), seeking to convert this case to a case under chapter 7 of the Bankruptcy code.  The court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or §707.

**IT IS ORDERED THAT:**

1.      This chapter 13 case is converted to a case under chapter 7.

2.      The chapter 13 trustee within 30 days of the date of this order shall file:
    a.      an account of all receipts and disbursements made in the chapter 13 case, and

    b.      a report on the administration of the case pursuant to 11 U.S.C. § 1304(9).

3.      The trustee forth with shall turn over to the debtor all records and property of the estate remaining in the trustee's custody and control.

4.      The trustee or any other party entitled to compensation may within 30 days of the date of this order file an application for compensation and reimbursement of the expenses.

5.      The Debtor within 15 days from the date of this order shall file the statements and schedules required by Bankruptcy Rue 1007(b), if such have not already been filed.

_____June 18, 2026_____

Date

_____

Bankruptcy Judge