United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 23-10327-amc

Nina E. Miles Lane                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 18, 2026 | Form ID: 210U | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nina E. Miles Lane, 5126 North 12th Street, Philadelphia, PA 19141-2811 |
| 14753901 | + | ADS/Comenity/ METROSTYL, PO Box 182789, Columbus, OH 43218-2789 |
| 14753907 | + | Bank of New & Company, PO Box 182789, Columbus, OH 43218-2789 |
| 14836751 | + | CrossCountry Mortgage, LLC, Brock & Scott, PLLC, c/o Mario Hanyon, Esq., 3825 Forrestgate Drive, Winston Salem NC 27103-2930 |
| 14848817 | + | CrossCountry Mortgage, LLC, c/o Mark A. Cronin, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14754975 | + | CrossCountry Mortgage, LLC, C/O Matthew K. Fissel Esquire, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14753920 | | Einstein Medical Center, PO Box 785371, Philadelphia, PA 19178-5371 |
| 14753921 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14753926 | + | MOHELA/Wells Fargo, 633 Sprint Drive, Chesterfield, MO 63005-1243 |
| 14753927 | | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14753930 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14753931 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14753933 | + | Revenue Collections Bureau, Inc, 5900-08 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 14753934 | | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14753937 | + | US Department of Education, POB 7859, Madison, WI 53707-7859 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753902 | | Email/Text: amscbankruptcy@adt.com | Jun 19 2026 00:57:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14753903 | | Email/Text: ally@ebn.phinsolutions.com | Jun 19 2026 00:57:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14754961 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:01:04 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14762477 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2026 01:01:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753904 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 19 2026 00:57:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |

| 14753905 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2026 00:57:00 | Ashley Stewart, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 14753906 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 19 2026 00:57:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14753909 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14753924 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2026 01:13:04 | Home Depot, Processing Center, Des Moines, IA 50364-0001 |
| 14753911 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2026 01:13:10 | Citibank, 4500 North Linden Hill Road, Wilmington, DE 19808 |
| 14753913 | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14753914 | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14790811 | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14779821 | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14753908 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14766129 | + Email/PDF: ebn_ais@aisinfo.com | Jun 19 2026 01:01:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753910 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2026 01:13:04 | Children Palace, 110 Lake Drive, Pendcader Corp. Center, Newark, DE 19702-3317 |
| 14753912 | Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14753915 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2026 00:57:00 | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14753916 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2026 00:57:00 | Comenity Capital/HLTHIP, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 14863999 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 19 2026 00:57:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14836640 | + Email/Text: EBN@brockandscott.com | Jun 19 2026 00:57:00 | CrossCountry Mortgage, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14848715 | ^ MEBN | Jun 19 2026 00:52:52 | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14846236 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 19 2026 00:57:00 | CrossCountry Mortgage, LLC, Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14753919 | Email/Text: mrdiscen@discover.com | Jun 19 2026 00:57:00 | Discover Finanancial Services, P.O. Box 15316 : CMS/PROD/ Develop, Wilmington, DE 19850-5316 |
| 14753917 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 19 2026 00:57:00 | Cross Country Mortgage, 1 Coporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14771931 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 19 2026 00:57:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, |

| | | | | |
|---|---|---|---|---|
| | | | | Ste 360, Lake Zurich, IL 60047 |
| 14753918 | + | Email/Text: mrdiscen@discover.com | Jun 19 2026 00:57:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14753922 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jun 19 2026 00:57:00 | Freedom Credit Union, CenterPointe Office Center, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14753923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 19 2026 01:13:10 | Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14766073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 01:01:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753925 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2026 01:00:52 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14753928 | + | Email/PDF: cbp@omf.com | Jun 19 2026 01:01:03 | OneMain, POB 1010, Evansville, IN 47706-1010 |
| 14753929 | + | Email/PDF: cbp@omf.com | Jun 19 2026 01:01:03 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14765326 | + | Email/PDF: cbp@omf.com | Jun 19 2026 01:00:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14771751 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 19 2026 00:57:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14753932 | ^ | MEBN | Jun 19 2026 00:52:57 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14773747 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 19 2026 01:01:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14764400 | ^ | MEBN | Jun 19 2026 00:52:58 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14763623 | + | Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14772209 | | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2026 00:57:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14771897 | | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2026 00:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14771898 | | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2026 00:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14753935 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2026 01:01:03 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14772372 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2026 01:00:55 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14754128 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 19 2026 01:01:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753936 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2026 00:57:00 | Ulta Beauty, 1000 Remington Blvd, Suite 120, Bolingbrook, IL 60440-4708 |
| 14770077 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2026 01:01:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753938 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 19 2026 00:57:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 14753939 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 19 2026 00:57:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 53

District/off: 0313-2

User: admin

Page 4 of 4

Date Rcvd: Jun 18, 2026

Form ID: 210U

Total Noticed: 68

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026

Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor CrossCountry Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor CrossCountry Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor Nina E. Miles Lane midusa1@comcast.net  midusa1@outlook.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Nina E. Miles Lane                                    Case No: 23−10327−amc

     Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.


For The Court

Dated: 6/18/26

Mohung Wong
Clerk of Court


95
Form 210U