United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10327-amc |
| Nina E. Miles Lane | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  Nina E. Miles Lane, 5126 North 12th Street, Philadelphia, PA 19141-2811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

**Name                         Email Address**

ANDREW L. SPIVACK
                       on behalf of Creditor CrossCountry Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

KENNETH E. WEST
                       ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                       on behalf of Creditor CrossCountry Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
                       on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. SAYLES
                       on behalf of Debtor Nina E. Miles Lane midusa1@comcast.net  midusa1@outlook.com

REGINA COHEN
                       on behalf of Creditor Ally Bank rcohen@lavin-law.com

District/off: 0313-2                                   User: admin                                          Page 2 of 2
Date Rcvd: Jun 18, 2026                        Form ID: pdf900                                  Total Noticed: 1

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **NINA MILES LANE**              :        CONVERSION FROM CHAPTER 13
                                        :
      DEBTOR                            :        PROCEEDING TO CHAPTER 7
                                        :
                                        :        BANKRUPTCY NO.: **23-10327**

## ORDER CONVERTING CASE UNDER CHAPTER 13
## TO CASE UNDER CHAPTER 7

The Debtor has filed a motion, in accordance with 11 U.S.C. § 1306 (a), seeking to convert this case to a case under chapter 7 of the Bankruptcy code. The court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or §707.

**IT IS ORDERED THAT:**

1.    This chapter 13 case is converted to a case under chapter 7.

2.    The chapter 13 trustee within 30 days of the date of this order shall file:
      a.    an account of all receipts and disbursements made in the chapter 13 case, and

      b.    a report on the administration of the case pursuant to 11 U.S.C. § 1304(9).

3.    The trustee forth with shall turn over to the debtor all records and property of the estate remaining in the trustee's custody and control.

4.    The trustee or any other party entitled to compensation may within 30 days of the date of this order file an application for compensation and reimbursement of the expenses.

5.    The Debtor within 15 days from the date of this order shall file the statements and schedules required by Bankruptcy Rue 1007(b), if such have not already been filed.

___June 18, 2026___                             _____
Date                                            Bankruptcy Judge