UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Nina Miles Lane**  :  CHAPTER 13

:

:

DEBTOR  :  BANKRUPTCY NO.: **23-10327\amc**

## PRAECIPE TO AMEND RESIDENCE ADDRESS OF DEBTOR

To the Clerk, United States Bankruptcy Court:

Kindly amend the above Debtor's residence address to **5928 N. 21st Street, Philadelphia, PA 19138,** from 5126 North 21st Street, Philadelphia, PA, for the record.

Respectfully Submitted,

Date: **June 23, 2026**

By:  **\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215.635.2270
Midusa1@comcast.net