United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                           Case No. 23-10327-amc

Nina E. Miles Lane                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 309A | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nina E. Miles Lane, 5126 North 12th Street, Philadelphia, PA 19141-2811 |
| 14753901 | + | ADS/Comenity/ METROSTYL, PO Box 182789, Columbus, OH 43218-2789 |
| 14753907 | + | Bank of New & Company, PO Box 182789, Columbus, OH 43218-2789 |
| 14753920 | | Einstein Medical Center, PO Box 785371, Philadelphia, PA 19178-5371 |
| 14753921 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14753926 | + | MOHELA/Wells Fargo, 633 Sprint Drive, Chesterfield, MO 63005-1243 |
| 14753927 | | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14753930 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14753931 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14753933 | + | Revenue Collections Bureau, Inc, 5900-08 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 14753934 | | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14753937 | + | US Department of Education, POB 7859, Madison, WI 53707-7859 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: midusa1@comcast.net | Jun 23 2026 03:58:00 | MICHAEL D. SAYLES, Michael D. Sayles, PO Box 11222, Elkins Park, PA 19027 |
| tr | + | EDI: QLEFELDMAN.COM | Jun 23 2026 07:54:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 23 2026 07:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jun 23 2026 03:58:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14753902 | | Email/Text: amscbankruptcy@adt.com | Jun 23 2026 03:58:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14753903 | | EDI: GMACFS.COM | Jun 23 2026 07:54:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14762477 | + | EDI: AISACG.COM | Jun 23 2026 07:54:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753904 | + | EDI: GMACFS.COM | Jun 23 2026 07:54:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14753905 | + | EDI: WFNNB.COM | | |

District/off: 0313-2                                  User: admin                                              Page 2 of 4

Date Rcvd: Jun 22, 2026                              Form ID: 309A                                        Total Noticed: 62

| | | | Jun 23 2026 07:54:00 | Ashley Stewart, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 14753906 | + | EDI: BANKAMER | Jun 23 2026 07:54:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14753909 | | EDI: CAPITALONE.COM | Jun 23 2026 07:54:00 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14753924 | | EDI: CITICORP | Jun 23 2026 07:54:00 | Home Depot, Processing Center, Des Moines, IA 50364-0001 |
| 14753911 | | EDI: CITICORP | Jun 23 2026 07:54:00 | Citibank, 4500 North Linden Hill Road, Wilmington, DE 19808 |
| 14753913 | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14753914 | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14790811 | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14779821 | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14753908 | + | EDI: CAPITALONE.COM | Jun 23 2026 07:54:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14766129 | + | EDI: AIS.COM | Jun 23 2026 07:54:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753910 | | EDI: CITICORP | Jun 23 2026 07:54:00 | Children Palace, 110 Lake Drive, Pendcader Corp. Center, Newark, DE 19702-3317 |
| 14753912 | | Email/Text: bankruptcy@philapark.org | Jun 23 2026 03:58:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14753915 | + | EDI: WFNNB.COM | Jun 23 2026 07:54:00 | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14753916 | + | EDI: WFNNB.COM | Jun 23 2026 07:54:00 | Comenity Capital/HLTHIP, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 14863999 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2026 03:58:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14753919 | | EDI: DISCOVER | Jun 23 2026 07:54:00 | Discover Finanancial Services, P.O. Box 15316 : CMS/PROD/ Develop, Wilmington, DE 19850-5316 |
| 14753917 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 23 2026 03:58:00 | Cross Country Mortgage, 1 Coporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14771931 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 23 2026 03:58:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14753918 | + | EDI: DISCOVER | Jun 23 2026 07:54:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14753922 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jun 23 2026 03:58:00 | Freedom Credit Union, CenterPointe Office Center, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14753923 | + | EDI: CITICORP | Jun 23 2026 07:54:00 | Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14766073 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2026 04:13:11 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 309A | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14753925 | EDI: SYNC | Jun 23 2026 07:54:00 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 14753928 | + EDI: AGFINANCE.COM | Jun 23 2026 07:54:00 | OneMain, POB 1010, Evansville, IN 47706-1010 |
| 14753929 | + EDI: AGFINANCE.COM | Jun 23 2026 07:54:00 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14765326 | + EDI: AGFINANCE.COM | Jun 23 2026 07:54:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14771751 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 23 2026 03:58:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14753932 | ^ MEBN | Jun 23 2026 03:55:30 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14773747 | EDI: PRA.COM | Jun 23 2026 07:54:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14764400 | ^ MEBN | Jun 23 2026 03:55:30 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14763623 | + Email/Text: bankruptcy@philapark.org | Jun 23 2026 03:58:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14772209 | EDI: Q3G.COM | Jun 23 2026 07:54:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14771897 | EDI: Q3G.COM | Jun 23 2026 07:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14771898 | EDI: Q3G.COM | Jun 23 2026 07:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14753935 | + EDI: SYNC | Jun 23 2026 07:54:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14772372 | + EDI: AIS.COM | Jun 23 2026 07:54:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753936 | + EDI: WFNNB.COM | Jun 23 2026 07:54:00 | Ulta Beauty, 1000 Remington Blvd, Suite 120, Bolingbrook, IL 60440-4708 |
| 14770077 | + EDI: AIS.COM | Jun 23 2026 07:54:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753938 | EDI: VERIZONCOMB.COM | Jun 23 2026 07:54:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 14753939 | EDI: VERIZONCOMB.COM | Jun 23 2026 07:54:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Jun 22, 2026                       Form ID: 309A                                   Total Noticed: 62

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                    Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Nina E. Miles Lane**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–4415<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed in chapter:   13   2/3/23 |
| Case number:   23–10327–amc | | Date case converted to chapter:   7   6/18/26 |

## Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20
 **\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nina E. Miles Lane | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5126 North 12th Street<br>Philadelphia, PA 19141 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. SAYLES<br>Michael D. Sayles<br>PO Box 11222<br>Elkins Park, PA 19027 | Contact phone 215–635–2270<br><br>Email:  midusa1@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | Contact phone 610–530–9285<br><br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor  **Nina E. Miles Lane**                                                                    Case number **23–10327–amc**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 6/22/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 22, 2026 at 01:10 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/21/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**