United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10327-amc

Nina E. Miles Lane                                                            Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 29, 2026                   Form ID: 211                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Nina E. Miles Lane, 5126 North 12th Street, Philadelphia, PA 19141-2811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

**Name                          Email Address**

ANDREW L. SPIVACK
                    on behalf of Creditor CrossCountry Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

LYNN E. FELDMAN
                    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MARIO J. HANYON
                    on behalf of Creditor CrossCountry Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
                    on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. SAYLES
                    on behalf of Debtor Nina E. Miles Lane midusa1@comcast.net  midusa1@outlook.com

REGINA COHEN
                    on behalf of Creditor Ally Bank rcohen@lavin-law.com

District/off: 0313-2                     User: admin                                    Page 2 of 2
Date Rcvd: Jun 29, 2026                  Form ID: 211                                   Total Noticed: 1

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                    Chapter: 7

     Nina E. Miles Lane

Debtor(s)                                                 Case No: 23−10327−amc

_____

*ORDER*

AND NOW, 6/29/26 , the debtor having failed to file either a certificate regarding completion

of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the certificate regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 7/13/26 to file a certificate

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P.

4004.

For The Court

Ashely M. Chan

Chief Judge, United States
Bankruptcy Court