Certificate Number: 15111-PAE-DE-041159650

Bankruptcy Case Number: 23-10327



15111-PAE-DE-041159650

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2026, at 7:19 o'clock PM EDT, Nina Ellen Miles Lane completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 1, 2026               By:   /s/Rafia Yaqoob for Ryan McDonough

                                   Name:   Ryan McDonough

                                   Title:   Executive Director of Education