IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: **Nina Miles Lane**                    :          CHAPTER  13
                                              :
                                              :
DEBTOR                                        :          Bankruptcy No:  **26-10972\amc**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the Proposed Compensation

nor to Application for Administrative Expense has been filed.


Dated: **August 6, 2026**                         Respectfully Submitted,


**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
PO Box 11222
Elkins Park, PA  19027
215-635-2270 (phone)
midusa1@comcast.net