UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Nina Miles Lane**                )          Chapter 7 (conv. from Ch. 13)
                                           )
                                           )
        Debtor                             )
                                           )          Bankruptcy No.: **23-10327/amc**


## ORDER TO ALLOW COUNSEL FEES


Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

Total fee award:…….$6,000.00

Court Cost………………$0.00

Amounts already paid by Debtor …….$500.00

Net amount to be paid by Trustee:     **$5,500.00**

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.


By the Court:

Dated: Aug. 7, 2026                        _____
                                           Bankruptcy Court Judge