ADS
PO B ox 182789
Columbus, OH 43218

ADS Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

Bank of America
P. O. Box 982238
El Paso, TX 79998-2238

Capital One
PO Box 31293
Salt Lake City, UT 84131-1293

Capital One
PO Box 85015
Richmond, VA 23285-5018

City of Philadelphia
Parking Violations Branch
PO Box 41818
Philadelphia, PA 19101-1819

Comenity Capital Bank
3095 Loyalty Circle, Building A
Columbus, OH 43219

Comenity Capital Bank/Overstock
3095 Loyalty Circle, Building A
Columbus, OH 43219

Comenity Capital/HLTHP
6939 Americana Parkway
Reynoldsburg, OH 43068

Consumer Portfolio Services, Inc.
PO Box 57099
Irvine, CA 92619-7099

Consumer Portfolio Services, Inc.
PO Box 514278
Los Angeles, CA 90051-4278

Discover Bank
PO Box 30939
Salt Lake City, UT 84130

Einstein Medical Center
PO Box 785371
Philadelphia, PA 19178-5371

Fed Loan Servicing
PO Box 60610
Harrisburg, PA 17106

Freedom Credit Union
CenterPointe Office Center
626 Jacksonville Road, Suite 250
Warminster, PA 18974-4803

Home Depot
5800 South Corporate Place
Sioux Falls, SD 57108

Home Depot
Processing Center
Des Moines, IA 50364-0001

MOHELA/Wells Fargo
633 Spirit Drive
Chesterfield, MO 63005

Office of UC Benefits
Claimant Services
PO Box 67503
Harrisburg, PA 17106-7503

One Main
PO Box 1010
Evansville, IN 47706

PECO Energy-Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

PGW
PO Box 11700
Newark, NJ 07101-4700

PGW
attn: Bankruptcy Department
800 West Montgomery Drive, 3F
Philadelphia, PA 19122-0050

Revenue Collections Bureau, Inc.
5900-08 Torresdale Avenue
Philadelphia, PA 19135

Synchrony Bank
PO Box 965005
Orlando, FL 32896

Ulta Beauty
1000 Remington Blvd, Suite 120
Bolingbrook, IL 60440

Verizon
PO Box 489
Newark, NJ 07101-0489

Verizon
PO Box 15124
Albany, NY 12212-5124