United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Nina E. Miles Lane
Debtor

Case No. 23-10327-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 5
Date Rcvd: Sep 24, 2026 Form ID: 318 Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nina E. Miles Lane, 5928 North 21st Street, Philadelphia, PA 19138-2922 |
| 15177822 | | ADS Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14753901 | + | ADS/Comenity/ METROSTYL, PO Box 182789, Columbus, OH 43218-2789 |
| 14753907 | + | Bank of New & Company, PO Box 182789, Columbus, OH 43218-2789 |
| 14836751 | + | CrossCountry Mortgage, LLC, Brock & Scott, PLLC, c/o Mario Hanyon, Esq., 3825 Forrestgate Drive, Winston Salem NC 27103-2930 |
| 14848817 | + | CrossCountry Mortgage, LLC, c/o Mark A. Cronin, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14754975 | + | CrossCountry Mortgage, LLC, C/O Matthew K. Fissel Esquire, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14753920 | | Einstein Medical Center, PO Box 785371, Philadelphia, PA 19178-5371 |
| 14753921 | + | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15177838 | + | MOHELA/Wells Fargo, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14753926 | + | MOHELA/Wells Fargo, 633 Sprint Drive, Chesterfield, MO 63005-1243 |
| 14753927 | | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14753930 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14753931 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14753933 | + | Revenue Collections Bureau, Inc, 5900-08 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 14753934 | | Sam's Club, PO Box 981026, El Paso, TX 79998-1206 |
| 14753937 | + | US Department of Education, POB 7859, Madison, WI 53707-7859 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Sep 25 2026 06:08:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Sep 25 2026 02:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 25 2026 06:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 25 2026 06:08:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15177821 | + | EDI: WFNNB.COM | Sep 25 2026 06:08:00 | ADS, PO Box 182789, Columbus, OH 43218-2789 |
| 14753902 | | Email/Text: amscbankruptcy@adt.com | Sep 25 2026 02:18:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14753903 | | EDI: GMACFS.COM | Sep 25 2026 06:08:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14754961 | + | EDI: AISACG.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 25 2026 06:08:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14762477 | + | EDI: AISACG.COM | Sep 25 2026 06:08:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753904 | + | EDI: GMACFS.COM | Sep 25 2026 06:08:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14753905 | + | EDI: WFNNB.COM | Sep 25 2026 06:08:00 | Ashley Stewart, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 14753906 | + | EDI: BANKAMER | Sep 25 2026 06:08:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14753909 | | EDI: CAPITALONE.COM | Sep 25 2026 06:08:00 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14753924 | | EDI: CITICORP | Sep 25 2026 06:08:00 | Home Depot, Processing Center, Des Moines, IA 50364-0001 |
| 14753911 | | EDI: CITICORP | Sep 25 2026 06:08:00 | Citibank, 4500 North Linden Hill Road, Wilmington, DE 19808 |
| 14779821 | | Email/Text: megan.harper@phila.gov | Sep 25 2026 02:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14753913 | | Email/Text: megan.harper@phila.gov | Sep 25 2026 02:17:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14753914 | | Email/Text: megan.harper@phila.gov | Sep 25 2026 02:17:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14790811 | | Email/Text: megan.harper@phila.gov | Sep 25 2026 02:17:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14753908 | + | EDI: CAPITALONE.COM | Sep 25 2026 06:08:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14766129 | + | EDI: AIS.COM | Sep 25 2026 06:08:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753910 | | EDI: CITICORP | Sep 25 2026 06:08:00 | Children Palace, 110 Lake Drive, Pendcader Corp. Center, Newark, DE 19702-3317 |
| 14753912 | | Email/Text: bankruptcy@philapark.org | Sep 25 2026 02:18:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14753915 | + | EDI: WFNNB.COM | Sep 25 2026 06:08:00 | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 15177828 | + | EDI: WFNNB.COM | Sep 25 2026 06:08:00 | Comenity Capital Bank/Overstock, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 14753916 | + | EDI: WFNNB.COM | Sep 25 2026 06:08:00 | Comenity Capital/HLTHIP, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 15177829 | + | EDI: WFNNB.COM | Sep 25 2026 06:08:00 | Comenity Capital/HLTHP, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 15177830 | ^ | MEBN | Sep 25 2026 02:16:06 | Consumer Portfolio Services, Inc., PO Box 57099, Irvine, CA 92619-7099 |
| 15177831 | ^ | MEBN | Sep 25 2026 02:16:13 | Consumer Portfolio Services, Inc., PO Box 514278, Los Angeles, CA 90051-4278 |
| 14863999 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2026 02:17:00 | CrossCountry Mortgage, PO Box 619096, Dallas, |

| | | | | |
|---|---|---|---|---|
| | | | | TX 75261-9096 |
| 14836640 | + | Email/Text: EBN@brockandscott.com | Sep 25 2026 02:17:00 | CrossCountry Mortgage, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14848715 | ^ | MEBN | Sep 25 2026 02:16:01 | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14846236 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2026 02:17:00 | CrossCountry Mortgage, LLC, Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14753919 | | EDI: DISCOVER | Sep 25 2026 06:08:00 | Discover Finanancial Services, P.O. Box 15316 : CMS/PROD/ Develop, Wilmington, DE 19850-5316 |
| 14753917 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 25 2026 02:17:00 | Cross Country Mortgage, 1 Coporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14771931 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 25 2026 02:17:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14753918 | + | EDI: DISCOVER | Sep 25 2026 06:08:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14753922 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Sep 25 2026 02:17:00 | Freedom Credit Union, CenterPointe Office Center, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14753923 | + | EDI: CITICORP | Sep 25 2026 06:08:00 | Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14766073 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 02:29:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14753925 | | EDI: SYNC | Sep 25 2026 06:08:00 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15177840 | + | EDI: AGFINANCE.COM | Sep 25 2026 06:08:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14753928 | + | EDI: AGFINANCE.COM | Sep 25 2026 06:08:00 | OneMain, POB 1010, Evansville, IN 47706-1010 |
| 14753929 | + | EDI: AGFINANCE.COM | Sep 25 2026 06:08:00 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14765326 | + | EDI: AGFINANCE.COM | Sep 25 2026 06:08:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14771751 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 25 2026 02:17:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14753932 | ^ | MEBN | Sep 25 2026 02:16:05 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 15177843 | ^ | MEBN | Sep 25 2026 02:16:05 | PGW, attn: Bankruptcy Department, 800 West Montgomery Drive, 3F, Philadelphia, PA 19122-2806 |
| 14773747 | | EDI: PRA.COM | Sep 25 2026 06:08:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14764400 | ^ | MEBN | Sep 25 2026 02:16:04 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14763623 | + | Email/Text: bankruptcy@philapark.org | Sep 25 2026 02:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14772209 | | EDI: Q3G.COM | Sep 25 2026 06:08:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14771897 | | EDI: Q3G.COM | Sep 25 2026 06:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| | | | | |
|---|---|---|---|---|
| 14771898 | | EDI: Q3G.COM | Sep 25 2026 06:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14753935 | + | EDI: SYNC | Sep 25 2026 06:08:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14772372 | + | EDI: AIS.COM | Sep 25 2026 06:08:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14754128 | + | EDI: PRA.COM | Sep 25 2026 06:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14753936 | + | EDI: WFNNB.COM | Sep 25 2026 06:08:00 | Ulta Beauty, 1000 Remington Blvd, Suite 120, Bolingbrook, IL 60440-4708 |
| 14770077 | + | EDI: AIS.COM | Sep 25 2026 06:08:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14753938 | | EDI: VERIZONCOMB.COM | Sep 25 2026 06:08:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 14753939 | | EDI: VERIZONCOMB.COM | Sep 25 2026 06:08:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 61

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | *+ | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15177823 | * | Bank of America, P. O. Box 982238, El Paso, TX 79998-2238 |
| 15177825 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 15177824 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15177826 | *+ | City of Philadelphia Parking, Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 15177827 | *+ | Comenity Capital Bank, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 15177832 | *+ | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15177833 | * | Einstein Medical Center, PO Box 785371, Philadelphia, PA 19178-5371 |
| 15177834 | *+ | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15177835 | *+ | Freedom Credit Union CenterPointe, Office Center, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15177836 | *+ | Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15177837 | * | Home Depot Processing Center, Des Moines, IA 50364-0001 |
| 15177839 | * | Office of UC Benefits Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 15177841 | * | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 15177842 | * | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 15177844 | *+ | Revenue Collections Bureau, Inc., 5900-08 Torresdale Avenue, Philadelphia, PA 19135-4127 |
| 15177845 | *+ | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 15177846 | *+ | Ulta Beauty, 1000 Remington Blvd, Suite 120, Bolingbrook, IL 60440-4708 |
| 15177847 | * | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 15177848 | * | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor CrossCountry Mortgage LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| MARIO J. HANYON | on behalf of Creditor CrossCountry Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| MICHAEL D. SAYLES | on behalf of Debtor Nina E. Miles Lane midusa1@comcast.net midusa1@outlook.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nina E. Miles Lane<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4415 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 23–10327–amc | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nina E. Miles Lane

9/24/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**