**Fill in this information to identify the case:**

Debtor 1      NINA E MILES LANE
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number 23-10327-amc

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CrossCountry Mortgage, LLC         **Court claim no.** (if known): 15

**Last four digits** of any number you         0308
use to identify the debtor's account:

**Date of payment change:**         01/01/2024
Must be at least 21 days after date of
this notice

**New total payment:**         $1,169.95
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change.  If a statement is not attached, explain why: _____

Current escrow payment: $ 296.05    New escrow payment:    $ 529.81

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%     New interest rate: _____%

Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan
modification agreement.  (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ ____     New mortgage payment: $ _____

Debtor1    NINA E MILES LANE                                Case number *(if known)* 23-10327-amc
           First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ */s/ Ryan Starks*                                       Date  11/10/2023
   Signature

Print: **Ryan Starks (330002)**                           Title  Attorney
       First Name    Middle Name    Last Name

Company   Brock & Scott, PLLC

          Address  3825 Forrestgate Dr.
          Number            Street

          Winston-Salem, NC 27103
          City    State    ZIP Code

Contact phone  844-856-6646                               Email PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>NINA E MILES LANE | Case No. 23-10327-amc<br>Chapter 13 |
| CrossCountry Mortgage, LLC,<br><br>        Movant<br><br>vs.<br><br>NINA E MILES LANE ,<br>        Debtor | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

MICHAEL D. SAYLES, Debtor's Attorney
427 West Cheltenham Avenue,
Suite #2
Elkins Park, PA 19027
midusa1@comcast.net


KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107


Via First Class Mail:

NINA E MILES LANE
5126 NORTH 12TH STREET
PHILADELPHIA, PA 19141


Date: <u>November 10, 2023</u>

<u>/s/Ryan Starks</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

CrossCountry Mortgage, LLC
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---|
| MORTGAGE INS | $1,276.56 |
| CITY TAX | $1,313.01 |
| HAZARD INS | $1,939.00 |
| Total | $4,528.57 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:** ▓▓▓▓
**ESCROW ANALYSIS DATE: 10/25/2023**

Nina M Lane
5126 N 12th St
Philadelphia, PA 19141-2811

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $640.14 |
| Required Escrow Payment | $377.38 |
| Shortage/Surplus Spread | $152.43 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$1,169.95** |
| **New Payment Effective Date:** | **01/01/2024** |

CrossCountry Mortgage, LLC has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

**ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

The following estimate of activity in your escrow account from 01/2024 through 12/2024 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $283.58 | $2,710.01 |
| JAN | $377.38 | $106.38 | | | | | $554.58 | $2,981.01 |
| FEB | $377.38 | $106.38 | | | | | $825.58 | $3,252.01 |
| MAR | $377.38 | $106.38 | $1,313.01 | | | | $216.43- | $2,210.00 |
| APR | $377.38 | $106.38 | | | $1,939.00 | | $1,884.43- | $542.00 * |
| MAY | $377.38 | $106.38 | | | | | $1,613.43- | $813.00 |
| JUN | $377.38 | $106.38 | | | | | $1,342.43- | $1,084.00 |
| JUL | $377.38 | $106.38 | | | | | $1,071.43- | $1,355.00 |
| AUG | $377.38 | $106.38 | | | | | $800.43- | $1,626.00 |
| SEP | $377.38 | $106.38 | | | | | $529.43- | $1,897.00 |
| OCT | $377.38 | $106.38 | | | | | $258.43- | $2,168.00 |
| NOV | $377.38 | $106.38 | | | | | $12.57 | $2,439.00 |
| DEC | $377.38 | $106.38 | | | | | $283.57 | $2,710.00 |
| Total | $1,276.56 | | $1,313.01 | | $1,939.00 | | | |

*Indicates your projected low point of $1,884.43-.  Your required reserve balance is $542.00.  The difference between the projected low point and required reserve balance is $1,829.10.  This is your shortage.  Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment.

If you have questions regarding this analysis, please write our Customer Service Department at CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-877-538-8790, Monday through Friday, 8:00 am to 8:00 pm, CST.

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

**Account Number:** ▮▮▮▮▮▮▮                                    **Name:** Nina M Lane

This is a statement of actual activity in your escrow account from 03/2023 through 12/2023. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $936.19 of which $640.14 was for principal and interest and $296.05 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO PROJECTED | ESC. ACCT. ACTUAL | PAYMENTS FROM PROJECTED | ESC. ACCT. ACTUAL | | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | $2,244.17 | $559.58 |
| MAR | $296.05 | * | $109.03 | | * | FHA INS | $2,431.19 | $559.58 |
| MAR | | | $592.18 | $1,313.01 | * | CITY TAX | $1,839.01 | $753.43- |
| MAR | | | | $109.03 | * | FHA INS | $1,839.01 | $862.46- |
| MAR | | | | $1,939.00 | * | HOME INS | $1,839.01 | $2,801.46- |
| APR | $296.05 | $362.42 * | $109.03 | | * | FHA INS | $2,026.03 | $2,439.04- |
| APR | | | $1,652.00 | | * | HOME INS | $374.03 | $2,439.04- |
| APR | | | | $109.03 | * | FHA INS | $374.03 | $2,548.07- |
| APR | | | | $1,412.52 | * | CITY TAX | $374.03 | $3,960.59- |
| MAY | $296.05 | $1,412.52 * | $109.03 | $109.03 | | FHA INS | $561.05 | $2,657.10- |
| JUN | $296.05 | * | $109.03 | | * | FHA INS | $748.07 | $2,657.10- |
| JUN | | | | $106.38 | * | FHA INS | $748.07 | $2,763.48- |
| JUL | $296.05 | * | $109.03 | | * | FHA INS | $935.09 | $2,763.48- |
| JUL | | | | $106.38 | * | FHA INS | $935.09 | $2,869.86- |
| AUG | $296.05 | $362.42 * | $109.03 | | * | FHA INS | $1,122.11 | $2,507.44- |
| AUG | | | | $106.38 | * | FHA INS | $1,122.11 | $2,613.82- |
| SEP | $296.05 | * | $109.03 | | * | FHA INS | $1,309.13 | $2,613.82- |
| SEP | | | | $106.38 | * | FHA INS | $1,309.13 | $2,720.20- |
| OCT | $296.05 | $2,730.82 *Y | $109.03 | | * | FHA INS | $1,496.15 | $10.62 |
| OCT | | | | $106.38 | * | FHA INS | $1,496.15 | $95.76- |
| NOV | $296.05 | $296.05 Y | $109.03 | $106.38 | *Y | FHA INS | $1,683.17 | $93.91 |
| DEC | $296.05 | $296.05 Y | $109.03 | $106.38 | *Y | FHA INS | $1,870.19 | $283.58 |
| JAN | $296.05 | * | $109.03 | | * | FHA INS | $2,057.21 | $0.00 |
| FEB | $296.05 | * | $109.03 | | * | FHA INS | $2,244.23 | $0.00 |
| Total | $3,552.60 | $5,460.28 | $3,552.54 | $5,736.28 | | | | |

**OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.**

Last year, we anticipated that payments from your escrow account would be made during this period equaling $3,552.54. Under Federal Law, your lowest balance should not have exceeded $374.03 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest balance should not have exceeded $374.03.